**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1308**

ZAKIYA MUSA,

                Petitioner,

     v.

JEFFERSON B. SESSIONS III, Attorney General,

                Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  October 31, 2018              Decided:  November 6, 2018

Before GREGORY, Chief Judge, AGEE and QUATTLEBAUM, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Irena I. Karpinski, Washington, D.C., for Petitioner.  Chad A. Readler, Acting Assistant Attorney General, Leslie McKay, Senior Litigation Counsel, Greg D. Mack, Senior Litigation Counsel, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zakiya Musa, a native and citizen of Sierra Leone, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing her appeal of the immigration judge's denial of her application for adjustment of status. We have thoroughly reviewed the administrative record and conclude that the Board's determination that Musa is inadmissible and therefore ineligible for adjustment of status is not manifestly contrary to law. *See Dakura v. Holder*, 772 F.3d 994, 997 (4th Cir. 2014). We therefore deny the petition for review for the reasons stated by the Board. *See In re Musa* (B.I.A. Feb. 26, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*